## In re Estate of Charles H. Mulliken, Deceased.  Cora S. Mulliken, Appellant.

### Gen. No. 23,624.   (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. LOCK-WOOD HONORE, Judge, presiding.  Heard in the Branch Appellate Court at the October term, 1917.  Reversed with directions.  Opinion filed May 14, 1918.

## Statement of the Case.

Petition to review a widow's award under Administration Act, sec. 75 (J. & A. ¶ 124), filed by the Continental & Commercial National Bank of Chicago.  From an order of the Probate Court reducing the award from $2,500 to $2,000, the widow, Cora S. Mulliken, appealed to the Circuit Court, where judgment of *nihil capiat* and for costs was entered against her, from which she appeals.

CHARLES S. CULLEN, for appellant Cora S. Mulliken; HIRAM T. GILBERT, of counsel.

MAYER, MEYER, AUSTRIAN & PLATT, for appellee Continental & Commercial National Bank.

---

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

MR. PRESIDING JUSTICE BARNES delivered the opinion of the court.

## Abstract of the Decision.

EXECUTORS AND ADMINISTRATORS, § 195*—*when petition to review widow's award is too late.* A delay of 20 months on the part of a creditor whose claim was allowed prior to the widow's award is so unreasonable as to require the dismissal of a petition to review the award under Administration Act, sec. 75 (J. & A. ¶ 124).